UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CB DISTRIBUTORS, INC.,<br><br>                                     Plaintiffs,<br><br>vs.<br><br>MICHELE LEONHART, solely in her official capacity as Administrator of the Drug Enforcement Administration; and UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>                                     Defendants. | NO.<br><br>INJUNCTIVE RELIEF SOUGHT<br><br>ORAL ARGUMENT REQUESTED |

### CB DISTRIBUTORS INC.'S MOTION FOR PRELIMINARY INJUNCTION

CB Distributors Inc. ("CB"), pursuant to Federal Rule of Civil Procedure 65, moves this Court for a preliminary injunction against Michele Leonhart, Administrator of the United States Drug Enforcement Administration ("Leonhart") and the United States Drug Enforcement Administration ("DEA") enjoining them from the continued retention of the asthma medication and the future seizure of similarly situated ephedrine containing products manufactured by Kirk Pharmaceuticals for CB. In further support of its Motion, CB submits its Memorandum of Law in Support of Its Motion for Writ of Mandamus and Motion for Preliminary Injunction.

RESPECTFULLY SUBMITTED,

CB DISTRIBUTORS, INC.

By: _____
One of its attorneys

Chester A. Isaacson
Corneille Law Group, LLC
7618 Westward Way
Suite 100
Madison, Wisconsin 53717

DM1 1794737.1

Tel: (608) 662-1168
Fax: (608) 662-1181

Frederick R. Ball – *pro hac vice* to be filed
Mark J. Silberman – *pro hac vice* to be filed
Duane Morris LLP (#38820)
190 S. LaSalle St., Suite 3700
Chicago, IL  60603
Tel:  312.499.6736
Fax:  312.277.6612
frball@duanemorris.com
mjsilberman@duanemorris.com

2

DM1\1794737.1