UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CB DISTRIBUTORS, INC.,<br><br>          Plaintiffs,<br><br>vs.<br><br>MICHELE LEONHART, solely in her official capacity as Administrator of the Drug Enforcement Administration; and UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>          Defendants. | NO.<br><br>INJUNCTIVE RELIEF SOUGHT<br><br>ORAL ARGUMENT REQUESTED |

### CB DISTRIBUTORS INC.'S MOTION FOR WRIT OF MANDAMUS

CB Distributors Inc. ("CB"), pursuant to 28 U.S.C. § 1361, moves this Court for a Writ of Mandamus directing Michele Leonhart, Administrator of the United States Drug Enforcement Administration ("Leonhart") and the United States Drug Enforcement Administration ("DEA") to return the improperly withheld asthma medication seized from CB because the Government failed to comply with the plain language of 18 U.S.C. § 983(a)(1)(F). In further support of its Motion, CB submits its Memorandum of Law in Support of Its Motion for Writ of Mandamus and Motion for Preliminary Injunction.

RESPECTFULLY SUBMITTED,

CB DISTRIBUTORS, INC.

By: _____
  One of its attorneys

Chester A. Isaacson
Corneille Law Group, LLC
7618 Westward Way
Suite 100
Madison, Wisconsin 53717

DM1\1794736.1

Tel: (608) 662-1168
Fax: (608) 662-1181

Frederick R. Ball – *pro hac vice* to be filed
Mark J. Silberman – *pro hac vice* to be filed
Duane Morris LLP (#38820)
190 S. LaSalle St., Suite 3700
Chicago, IL  60603
Tel:  312.499.6736
Fax:  312.277.6612
frball@duanemorris.com
mjsilberman@duanemorris.com