IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CB DISTRIBUTORS, INC.,

                                                          ORDER

                  Plaintiff,

                                                  09-cv-402-bbc

      v.

MICHELLE LEONHART,
in her official capacity as Administrator
of the United States Drug Enforcement Administration
and UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff CB Distributors, Inc. has filed a motion for a preliminary injunction and a motion for a writ of mandamus in which it seeks the return of asthma medication containing ephedrine that it says defendants seized unlawfully.  Plaintiff's motion must be denied without prejudice because plaintiff failed to follow this court's <u>Procedure to Be Followed on Motions for Preliminary Injunctive Relief</u>, which was provided to plaintiff when it filed its complaint. In particular, plaintiff failed to file any proposed findings of fact in support of its motion.  <u>Procedure</u>, II.A.  Once plaintiff submits a properly supported motion, I will set a new briefing schedule and hearing, if necessary.

1

ORDER

IT IS ORDERED that plaintiff CB Distributors, Inc.'s motion for a preliminary injunction and motion for a writ of mandamus, dkt. ##2-3, are DENIED without prejudice to plaintiff's refiling them after complying with this court's procedure for obtaining preliminary injunctive relief.

Entered this 14th day of July, 2009.

BY THE COURT:

/s/ Barbara B. Crabb
_____
BARBARA B. CRABB
District Judge